## STATE OF CONNECTICUT *v.* WARREN PATTERSON

The state of Connecticut's petition for certification for appeal from the Appellate Court, 31 Conn. App. 278 (AC 10752, AC 10855), is granted, limited to the following issues:

"1. Under applicable constitutional, common law or Practice Book rules, must a trial judge be physically present at voir dire in a criminal trial?

"2. If the judge's physical presence is required, may the defendant waive the judge's presence, and did he do so in the circumstances of this case?

"3. If the judge's physical presence is required, may the judge's absence be harmless error, and, if so, was it harmless error in the circumstances of this case?"

The Supreme Court docket number is SC 14807.

*James M. Ralls,* assistant state's attorney, in support of the petition.

*David M. Cohen,* in opposition.

Decided July 15, 1993

## STATE OF CONNECTICUT *v.* FREDDY PAYNE

The defendant's petition for certification for appeal from the Appellate Court, 31 Conn. App. 370 (AC 10997), is denied.

*Neal Cone,* assistant public defender, in support of the petition.

*Jack W. Fischer,* assistant state's attorney, in opposition.

Decided July 15, 1993